# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GREEN FIELD ENERGY SERVICES, INC., et al.,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 13-12783 (KG)<br><br>(Jointly Administered) |
| ALAN HALPERIN, AS TRUSTEE OF THE GFES LIQUIDATION TRUST,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHEL B. MORENO, MOR MGH HOLDINGS, LLC, MOR DOH HOLDINGS, LLC, MOODY, MORENO AND RUCKS, LLC, SHALE SUPPORT SERVICES, LLC, DYNAMIC GROUP HOLDINGS, LLC, FRAC RENTALS, LLC, TURBINE GENERATION SERVICES, LLC, AERODYNAMIC, LLC, CASAFIN II, LLC, MORENO PROPERTIES, LLC, ELLE INVESTMENTS, LLC, LQT INDUSTRIES, LLC a/k/a DYNAMIC ENERGY SERVICES INTERNATIONAL LLC<br><br>　　　　Defendants. | Adv. Proc. No. 15-50262 (KG)<br><br><br><br>**Related to Adv. Docket No. 114** |

## NOTICE OF SERVICE OF SUBPOENA TO GENERAL ELECTRIC COMPANY

PLEASE TAKE NOTICE that, on November 25, 2015, the subpoena attached hereto as Exhibit 1 was served upon General Electric Company pursuant to Rule 45(b) of the Federal Rules of Civil Procedure in the manner indicated on the proof of service.

Dated: November 30, 2015

MANION GAYNOR & MANNING LLP

_____
Marc J. Phillips (DE Bar No. 4445)
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 504-6803
Facsimile:  (302) 657-2104
Email: MPhillips@mgmlaw.com

DYKEMA COX SMITH
Jeffrey R. Fine
Texas State Bar No. 07008410
Alison R. Ashmore
Texas State Bar No. 24059400
Aaron Kaufman
Texas State Bar No. 24060067
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone:  (214) 462-6400
Facsimile:  (214) 462-6401
Email:  jfine@dykema.com
          aashmore@dykema.com
          akaufman@dykema.com

and

DYKEMA COX SMITH
Deborah D. Williamson
Texas State Bar No. 21617500
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
Telephone:  (210) 554-5500
Facsimile:  (210) 226-8395
Email:  dwilliamson@dykema.com

*Counsel for Defendants Michel B. Moreno; MOR DOH Holdings, LLC; MOR MGH Holdings, LLC; Shale Support Services, LLC; FRAC Rentals, LLC; Turbine Generation Services, LLC; Aerodynamic, LLC; Casafin II, LLC; Moreno Properties, LLC; and Elle Investments, LLC*

#1484980v1