# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GREEN FIELD ENERGY SERVICES, INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 13-12783 (KG)<br><br>Jointly Administered |
| ALAN HALPERIN, AS TRUSTEE OF THE GFES LIQUIDATION TRUST,<br><br>            Plaintiff,<br>    v.<br><br>MICHEL B. MORENO, MOR MGH HOLDINGS, LLC, MOR DOH HOLDINGS, LLC, MOODY, MORENO AND RUCKS, LLC, SHALE SUPPORT SERVICES, LLC, DYNAMIC GROUP HOLDINGS, LLC, FRAC RENTALS, LLC, TURBINE GENERATION SERVICES, LLC, AERODYNAMIC, LLC, CASAFIN II, LLC, MORENO PROPERTIES, LLC, ELLE INVESTMENTS, LLC, LQT INDUSTRIES, LLC K/A DYNAMIC ENERGY SERVICES INTERNATIONAL LLC, ENRIQUE FONTOVA, CHARLIE KILGORE, MARK KNIGHT,<br><br>            Defendants. | Adv. Pro. No. 15-50262 (KG) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:     **United States Bankruptcy Court,**
                      **District of Delaware**
                      **824 Market Street, 3rd Floor**
                      **Wilmington, DE 19801**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. ("GFES") (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

WCSR 35353516v1

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Steven K. Kortanek<br>Thomas M. Horan<br>Morgan L. Patterson<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>E-mail: skortanek@wcsr.com<br>E-mail: thoran@wcsr.com<br>E-mail: mpatterson@wcsr.com | Robert J. Stark<br>Marek P. Krzyzowski<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>Joel S. Miliband<br>Brown Rudnick LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, California 92612<br>Telephone:  (949) 752-7100<br>Facsimile:  (949) 252-1514 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | | |
|---|---|---|
| Address | **United States Bankruptcy Court**<br>**District of Delaware**<br>**824 Market Street**<br>**6th Floor, Courtroom 3**<br>**Wilmington, DE 19801** | **Date and Time:**<br>**To be determined.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
 **Court for the District**
       **of Delaware**
Date:  November 30, 2015           /s/ David D. Bird
                                                  *Clerk of the Bankruptcy Court*