## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GREEN FIELD ENERGY SERVICES, INC., *et al.*, | Case No. 13-12783 (KG) |
| Debtors. | (Jointly Administered) |
| ALAN HALPERIN, AS TRUSTEE OF THE GFES LIQUIDATION TRUST, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 15-50262 (KG) |
| MICHEL B. MORENO; MOR MGH HOLDINGS, LLC; FRAC RENTALS, LLC; TURBINE GENERATION SERVICES, LLC; AERODYNAMIC, LLC; CASAFIN II, LLC, | |
| Defendants. | |

**MOTION OF DEFENDANTS FOR LEAVE TO EXCEED THE PAGE LIMIT REQUIREMENT WITH RESPECT TO SUGGESTION IN SUPPORT OF LIMITED OBJECTION UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9033 OF DEFENDANTS MICHEL B. MORENO AND MOR MGH HOLDINGS, LLC TO THE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW SET FORTH IN THE BANKRUPTCY COURT'S OPINION (D.I. 535) AND ORDER (D.I. 540)**

Defendants Michel B. Moreno ("Mr. Moreno") and MOR MGH Holdings, LLC ("MGH Holdings" together with Mr. Moreno, "Defendants"), by and through their undersigned counsel, hereby move this Court (the "Motion") for the entry of an order, pursuant to Rule 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Defendants to exceed the page limit requirement for their *Suggestion in Support of Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to*

*the Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* ("Objection") filed concurrently herewith. In support of this Motion, the Defendants respectfully state as follows:

1.     On March 19-23, 2018, and May 1-2, 2018, the Court held a trial in the above-captioned adversary proceeding. On September 12, 2018, the Court issued its *Findings of Fact and Conclusions of Law* [D.I. 535] ("Findings and Conclusions"). In the Findings and Conclusions the Court directed the parties to confer on an appropriate form of order consistent with the Findings and Conclusions. *See* Findings and Conclusions at p. 126. On September 18, 2018, the parties submitted a proposed order to the Court and the Court entered the *Order* [D.I. 540] related to the Findings and Conclusions. The Findings and Conclusions are one hundred twenty-six (126) pages and address multiple claims against multiple defendants.

2.     Local Rule 7007-2 and this Court's General Chambers Procedures, provide that no opening or answering brief shall exceed forty (40) pages in length, and no reply shall exceed twenty (20) pages. Del. Bankr. L.R. 7007-2; General Chambers Procedures at 3, § 2(a)(vi). However, an opening brief or memorandum may exceed forty (40) pages with leave from the Court. *Id.*

3.     The Defendants respectfully submit that authority to exceed the page limitation prescribed by Local Rule 7007-2 and the General Chambers Procedures in connection with the Objection is reasonable and appropriate under the circumstances. Given the length, scope and number of counts covered in the Findings and Conclusions, the Defendants seek entry of an order approving the relief requested herein so that they have an opportunity to meaningfully and fully support the grounds as to each of the Court's holdings upon which they object.

4.     The Defendants have made every effort to make the Objection as succinct as possible under the circumstances, but submit that leave to slightly exceed the page limitation will allow them to provide the Court with sufficient information to analyze and address the numerous issues presented in the Findings and Conclusions.  Given the circumstances, the Defendants respectfully submit that ample cause exists for the relief requested herein.

WHEREFORE, the Defendants respectfully request that the Court enter an order granting the Defendants leave to exceed the page limitation imposed by Local Rule 7007-2 and the General Chambers Procedures with respect to their Objection, and granting such other and further relief as the Court deems just and proper.

Dated: October 23, 2018

MANNING GROSS + MASSENBURG LLP

*/s/ Marc J. Phillips*
Marc J. Phillips (Del. Bar No. 4445)
1007 North Orange Street, 10th Floor
Wilmington, DE   19801
Telephone:  (302) 504-6803
Facsimile:  (302) 657-2104
Email: MPhillips@mgmlaw.com

and

DYKEMA COX SMITH
Jeffrey R. Fine (TX Bar No. 07008410)
Alison R. Ashmore (TX Bar No. 24059400)
Aaron Kaufman (TX Bar No. 24060067)
1717 Main Street, Suite 4200
Dallas, Texas  75201
Telephone:  (214) 462-6400
Facsimile:  (214) 462-6401
Email:  jfine@dykema.com
aashmore@dykema.com
akaufman@dykema.com

*Counsel for Defendants Michel B. Moreno; MOR
DOH Holdings, LLC; MOR MGH Holdings, LLC;
Shale Support Services, LLC; FRAC Rentals, LLC;*

*Turbine Generation Services, LLC; Aerodynamic, LLC; Casafin II, LLC; Moreno Properties, LLC; and Elle Investments, LLC*