# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GREEN FIELD ENERGY SERVICES, INC., *et al.*, | Case No. 13-12783 (KG) |
| Debtors. | (Jointly Administered) |
| ALAN HALPERIN, AS TRUSTEE OF THE GFES LIQUIDATION TRUST, | |
| Plaintiff, | Adv. Pro. No. 15-50262 (KG) |
| v. | |
| MICHEL B. MORENO; MOR MGH HOLDINGS, LLC; FRAC RENTALS, LLC; TURBINE GENERATION SERVICES, LLC; AERODYNAMIC, LLC; CASAFIN II, LLC, | **Related to Adv. Docket Nos. 545 & 547** |
| Defendants. | |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing concerning the *Defendants' Motion for Extension of Time to File Objections to Proposed Findings of Fact and Conclusions of Law* [Adv. Docket No. 545] ("Motion"), filed by defendants Michel B. Moreno; MOR MGH Holdings, LLC; FRAC Rentals, LLC; Turbine Generation Services, LLC; Aerodynamic, LLC; and Casafin II, LLC on October 2, 2018, is now complete and ready for consideration by the United States Bankruptcy Court for the District of Delaware. Pleadings relevant to the Motion are as follows:

1. *Defendants' Motion for Extension of Time to File Objections to Proposed Findings of Fact and Conclusions of Law* [Adv. Docket No. 545] (filed on October 2, 2018); and

2. *Answering Brief of Plaintiff Alan Halperin, Trustee of the GFES Liquidation Trust, in Opposition to Defendants' Motion for Extension of Time to File Objections to Proposed Findings of Fact and Conclusions of Law* [Adv. Docket No. 547] (filed on October 16, 2018).

Dated: October 30, 2018

MANNING GROSS + MASSENBURG LLP

*/s/ Marc J. Phillips*
Marc J. Phillips (Del. Bar No. 4445)
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 504-6803
Facsimile:  (302) 657-2104
Email: MPhillips@mgmlaw.com

and

DYKEMA COX SMITH

Jeffrey R. Fine (TX Bar No. 07008410)
Alison R. Ashmore (TX Bar No. 24059400)
Aaron Kaufman (TX Bar No. 24060067)
1717 Main Street, Suite 4200
Dallas, Texas  75201
Telephone:  (214) 462-6400
Facsimile:  (214) 462-6401
Email:  jfine@dykema.com
aashmore@dykema.com
akaufman@dykema.com

*Counsel for Defendants Michel B. Moreno; MOR DOH Holdings, LLC; MOR MGH Holdings, LLC; Shale Support Services, LLC; FRAC Rentals, LLC; Turbine Generation Services, LLC; Aerodynamic, LLC; Casafin II, LLC; Moreno Properties, LLC; and Elle Investments, LLC*