# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GREEN FIELD ENERGY SERVICES, INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 13-12783 (KG)<br><br>(Jointly Administered) |
| ALAN HALPERIN, AS TRUSTEE OF THE GFES LIQUIDATION TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>MICHEL B. MORENO; MOR MGH HOLDINGS, LLC; FRAC RENTALS, LLC; TURBINE GENERATION SERVICES, LLC; AERODYNAMIC, LLC; CASAFIN II, LLC,<br><br>        Defendants. | Adv. Proc. No. 15-50262 (KG)<br><br>**Related to Adv. Docket Nos. 550, 551, 552, 553, 554, 555, 559, 561, 562, 563, 564, 565, 566, 567, 568, 569, 571 & 572** |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing concerning the *Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 550] ("Limited Objection"), filed by defendants Michel B. Moreno and MOR MGH Holdings, LLC on October 23, 2018, is now complete and ready for consideration by the United States District Court for the District of Delaware. Pleadings relevant to the Limited Objection are as follows:

1. *Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 550] (filed on October 23, 2018);

2.   *Motion for Leave to Exceed Page Limit Requirement with Respect to Suggestion in Support of Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 551] (filed on October 23, 2018);

3.   *Suggestion in Support of Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 552] (filed on October 23, 2018);

4.   *Motion to File Under Seal Appendix in Support of Suggestion in Support of Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 553] (filed on October 23, 2018);

5.   [SEALED] *Appendix in Support of Suggestion in Support of Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 554] (filed on October 23, 2018);

6.   *Motion of Plaintiff Alan Halperin, as Trustee of the GFES Liquidation Trust, to Strike Defendants' Limited Objection to the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law* [Adv. Docket No. 555] (filed on October 29, 2018);

7.   *Defendants Michel B. Moreno and MOR MGH Holdings, LLC's Response in Opposition to the Motion of Plaintiff Alan Halperin, Trustee of the GFES Liquidation Trust, to Strike Defendants' Limited Objection to the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law* [Adv. Docket No. 559] (filed on November 6, 2018);

8.   *Motion of Plaintiff Alan Halperin, Trustee of the GFES Liquidation Trust, for Leave to Exceed Page Limit Requirement with Respect to His Response to Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to the Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 561] (filed on November 6, 2018);

9. *Response of Plaintiff Alan Halperin, Trustee of the GFES Liquidation Trust, to Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to the Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 562] (filed on November 6, 2018);

10. *Motion of Plaintiff Alan Halperin, Trustee of the GFES Liquidation Trust, to File Under Seal the Supplemental Appendix in Support of His Response to Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to the Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 563] (filed on November 6, 2018);

11. [SEALED] *Supplemental Appendix in Support of His Response to Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to the Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 564] (filed on November 6, 2018);

12. *Order Granting Motion of Plaintiff Alan Halperin, Trustee of the GFES Liquidation Trust, for Leave to Exceed Page Limit Requirement with Respect to His Response to Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to the Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 565] (filed on November 8, 2018);

13. *Order Granting Motion of Plaintiff Alan Halperin, Trustee of the GFES Liquidation Trust, to File Under Seal the Supplemental Appendix in Support of His Response to Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to the Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 566] (filed on November 8, 2018);

14. *Reply Brief in Support of Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 567] (filed on November 13, 2018);

15. *Motion of Plaintiff Alan Halperin, Trustee of the GFES Liquidation Trust, to Strike Reply Brief in Support of Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540) or, in the Alternative, for Leave to File a Sur-Reply* [Adv. Docket No. 568] (filed on November 15, 2018);

16. *Response in Opposition to Motion of Plaintiff Alan Halperin, Trustee of the GFES Liquidation Trust, to Strike Reply Brief in Support of Limited Objection Under Federal Rule of Bankruptcy Procedure 9033 of Defendants Michel B. Moreno and MOR MGH Holdings, LLC to Proposed Findings of Fact and Conclusions of Law Set Forth in the Bankruptcy Court's Opinion (D.I. 535) and Order (D.I. 540)* [Adv. Docket No. 569] (filed on November 16, 2018);

17. *Order Granting Defendants Leave to File the Reply Brief and Permitting Trustee to File His Sur-Reply* [Adv. Docket No. 571] (filed on November 20, 2018); and

18. *Request for Oral Argument* [Adv. Docket No. 572] (filed on November 20, 2018).

*(signature block on following page)*

Dated: November 27, 2018          CKR LAW LLP

*/s/ Marc J. Phillips*
Marc J. Phillips (Del. Bar No. 4445)
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 463-6298
Email: mphillips@ckrlaw.com

and

DYKEMA COX SMITH

Jeffrey R. Fine (TX Bar No. 07008410)
Alison R. Ashmore (TX Bar No. 24059400)
Aaron Kaufman (TX Bar No. 24060067)
1717 Main Street, Suite 4200
Dallas, Texas  75201
Telephone:  (214) 462-6400
Facsimile:  (214) 462-6401
Email:  jfine@dykema.com
aashmore@dykema.com
akaufman@dykema.com

*Counsel for Defendants Michel B. Moreno; MOR DOH Holdings, LLC; MOR MGH Holdings, LLC; Shale Support Services, LLC; FRAC Rentals, LLC; Turbine Generation Services, LLC; Aerodynamic, LLC; Casafin II, LLC; Moreno Properties, LLC; and Elle Investments, LLC*